# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141464(56)

LEON RUBENFAER, M.D.,
      Plaintiff-Appellee,

v

                                   SC: 141464
                                   COA: 289044
                                   Macomb CC: 2004-000627-CL

PHC OF MICHIGAN, INC.,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 16, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

d0321